NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMART PATH CONNECTIONS, LLC,**

*Plaintiff-Appellant*

v.

**NOKIA OF AMERICA CORPORATION,**

*Defendant-Appellee*

---

2025-1206

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:22-cv-00296-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2       SMART PATH CONNECTIONS, LLC V. NOKIA OF AMERICA CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT

December 26, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 26, 2024